# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

129486

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    BARBARA L. EVERETT,
         Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129486
COA: 253303
Genesee CC: 02-011159-FC

On order of the Court, the application for leave to appeal the August 9, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

s1221